1
2
3
4              **UNITED STATES DISTRICT COURT**
5                      **DISTRICT OF NEVADA**
6
7   UNITED STATES OF AMERICA,              )
                                           )
8                          Plaintiff,      )      Case No. 2:11-cr-00302-RCJ-PAL
                                           )
9   vs.                                    )      **ORDER**
                                           )
10  ALVIN YOUNG,                           )      (Mot. WD Mot - Dkt. #27)
                                           )
11                         Defendant.      )
    _____   )
12
13         Before the Court is Defendant's Motion to Withraw Motion for Fourth Amendment Violation
14  Without Prejudice (Dkt. #27).  On May 31, 2012, a Motion to Suppress for Fourth Amendment
15  Violation (Dkt. #18) was filed, and the court scheduled a hearing for August 7, 2012, at 1:30 p.m.
16  Counsel fo Young indicates that the parties have negotiated the case which renders the motion to
17  suppress unnecessary.  As such,
18         **IT IS ORDERED** that:
19              1      Defendant's Motion to Withraw (Dkt. #27) is **GRANTED**, and
20              2.     Defendant's Motion to Suppress for Fourth Amendment Violation (Dkt. #18) is
21                     **WITHDRAWN without prejudice.**
22         Dated this 1st day of August, 2012.
23
24                                                 _____
                                                   Peggy A. Leen
25                                                 United States Magistrate Judge
26
27
28